**H. H. MOTTER, Collector of Internal Revenue for the District of Kansas,
v. Otto THEIS.**

No. 1449.

Circuit Court of Appeals, Tenth Circuit.

July 6, 1936.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellant.

Foulston, Siefkin, Foulston & Morris, of Wichita, Kan., for appellee.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Louise Dean MOYER v. UNITED STATES of America.**

No. 7335.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Thos. H. Sutherland, of Marion, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Docketed and dismissed on court's own motion.

**NATIONAL MILLING COMPANY v. Chas. H. GRAVES, Individually and as Collector of Internal Revenue for the 10th District of Ohio.**

No. 7181.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Marshall, Melhorn & Marlar, of Toledo, Ohio, for appellant.

E. B. Freed, U. S. Attorney, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

**NORTHWESTERN ELEVATOR & MILL COMPANY v. Chas. H. GRAVES, Individually and as Collector of Internal Revenue for the 10th District of Ohio.**

No. 7187.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Smith, Beckwith, Ohlinger & Froehlich, of Toledo, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

**O'BRIEN MILLING COMPANY v. Chas. H. GRAVES, Individually and as Collector of Internal Revenue for the 10th District of Ohio.**

No. 7188.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Marshall, Melhorn & Marlar, of Toledo, Ohio, and Goubeaux & Goubeaux, of Greenville, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.